(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**District of_____** | **Voluntary Petition** |

Name of Debtor (if individual, enter Last, First, Middle):
*Bodtmann    Robert   J*

Name of Joint Debtor (Spouse) (Last, First, Middle):
*Bodtmann   Cynthia   M*

All Other Names used by the Debtor in the last 6 years
(include married, maiden, and trade names):

All Other Names used by the Joint Debtor in the last 6 years
(include married, maiden, and trade names):

Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.
No. (if more than one, state all): *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*

Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.
(if more than one, state all): *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*

Street Address of Debtor (No. & Street, City, State & Zip Code):
*204 11th Ave   #2*
*Belmar, NJ  07719*

Street Address of Joint Debtor (No. & Street, City, State & Zip Code):
*204  11th Ave   #2*
*Belmar, NJ  07719*

County of Residence or of the
Principal Place of Business: *Monmouth*

County of Residence or of the
Principal Place of Business: *Monmouth*

Mailing Address of Debtor (if different from street address):
*PO Box 162*
*Avon, NJ  07717*

Mailing Address of Joint Debtor (if different from street address):
*PO Box 162*
*Avon, NJ  07717*

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☑ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other_____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business
- ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Sec. 304 - Case ancillary to foreign proceeding
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.

**Statistical/Administrative Information** (Estimates on...
- ☐ Debtor estimates that funds will be available for d...
- ☑ Debtor estimates that, after any exempt property i... be no funds available for distribution to unsecurec

Estimated Number of Creditors

| | 1-15 | 16-49 |
|---|---|---|
| | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,0... | $500,001 to $1 million |
|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million |
|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ |

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey                    RECEIPT

| Case # 05-20980 T | Chapter 7 | # 000206580 - BH |
| Filed: 04/06/05 | Trenton | 03:34 PM, April 06, 2005 |

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $39.00 |
| 07 | 1 | $170.00 |

Judge: KCF

Debtor(s):
  Robert J Bodtmann
  Cynthia M Bodtmann

**TOTAL PAID: $209.00**

From:  Cynthia M Bodtmann
204 11th Avenue
Belmar, NJ 07719

3

(Official Form 1) (12/03)                                                                                        FORM B1, Page 2

| **Voluntary Petition**<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>Robert and Cynthia Bodtmann |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: Trenton, New Jersey | Case Number:<br>03-44162-KCF | Date Filed:<br>10-15-2003 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Robert E Bodtmann_
Signature of Debtor

X _Cynthia Bodtmann_
Signature of Joint Debtor
732-556-6553
Telephone Number (If not represented by attorney)
APRIL 6, 2005
Date

## Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____

_____
Telephone Number

_____
Date

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

## Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

## Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)            Date

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐  Yes, and Exhibit C is attached and made a part of this petition.
☒  No

## Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6-Cont.
(6/90)

# UNITED STATES BANKRUPTCY COURT

_____District of _____

In re Robert and Cynthia Bodtmann
        Debtor

Case No. _____
            (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 2 | $33,530 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | $150,771.45 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,123.64 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $4,869.19 |
| Total Number of Sheets of ALL Schedules ➤ | | 32 | | | |
| Total Assets ➤ | | | $33,530 | | |
| Total Liabilities ➤ | | | | $150,771.45 | |

Form B6A
(6/90)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF _____

In re Robert and Cynthia Boltmann,
   Debtor

Case No. _____

Chapter ____7____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| N/A | | | | |

Total▶

(Report also on Summary of Schedules.)

Form B6B – (10/89)

| In re | Case No.: |
|---|---|
| Robert and Cynthia Bodtmann         Debtor | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | ✓ | 204 11th Ave Belmar, NJ 07719 | J | 350.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | ✓ | Security deposit with current landlord. | J | 2000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | ✓ | Furniture, Computer, DVD Player, TV, VCR | J | 25,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | Miscellaneous Household goods at 204 11th Ave Belmar and 1737 Belmar Blvd Wall. | | |
| 6. | Wearing apparel. | ✓ | Wearing Apparel | | 5000.00 |
| 7. | Furs and jewelry. | ✓ | Jewelry | | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Form B6B – Continued (10/89)

| In re | Case No.: |
|---|---|
| Robert and Cynthia Bodtmann     Debtor | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. | Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. | Accounts receivable. | X | | | |
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ✓ | Monthly Child Support | W | 680.00 |
| 17. | Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. (Form B6A) | X | | | |
| 19. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ✓ | Potential special-civil suit. small claims complaint. | J | Unknown Amount |
| 21. | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Form B6C
(6/90)

**UNITED STATES BANKRUPTCY COURT**

_____ **DISTRICT OF** _____

In re Robert and
Cynthia Voeltmann,
_____
Debtor

Case No. _____

Chapter _____7_____

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☐ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been
located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than
in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from
process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1991 Dodge Cara Van | 11 USC/522(d)(2) | 500.00 | 500.00 |
| Jewlery | 11 USC/522(d)(4) | 350.00 | 350.00 |
| Wearing Apparel | 11 USC/522(d)(4) | 500.00 | 500.00 |
| Miscellaneous Houshold Goods | 11 USC/522(d)(4) | 5300.00 | 5300.00 |
| Security Deposit on Rental. | 11 USC/522(d)(4) | 2000.00 | 2000.00 |
| Child Support | 11 USC/522(d)(4) | 680.00 | 680.00 |

Form B6D
(6/90)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF _____

In re Robert and Cynthia Bodtmann ,
_____Debtor

Case No. _____

Chapter _____7_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

[X] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_____ continuation sheets attached

Subtotal ▶
(Total of this page)    $ _____

Total ▶
(Use only on last page)    $ _____

(Report total also on Summary of Schedules)

Form B6E
(Rev. 4/01)

**UNITED STATES BANKRUPTCY COURT**
_____ **DISTRICT OF** _____

In re Robert and Cynthia Bodtmann,
                    Debtor

Case No. _____

Chapter _____7_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Form B6F - Cont.
(10/89)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF** _____

In re Robert and Cynthia Bodtmann,
Debtor

Case No. _____

Chapter _____ 7 _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 258 6085<br>Attention !<br>PO Box 2408<br>Sherman, TX 75091 | | H | Medical | | | | 798.32 |
| ACCOUNT NO. 4106 3700 0374<br>Q356<br>Aspire<br>PO Box 105341<br>Atlanta, GA 30348 | | H | Consumer Credit | | | | 791.82 |
| ACCOUNT NO. 517 4819<br>Alliance One<br>1684 Woodlands Dr.<br>Maumee, OH 43537 | | W | Collection Agency | | | | 446.58 |
| ACCOUNT NO. Various<br>Audit Systems<br>3696 Winerton Rd.<br>Clearwater, Fl 33762 | | J | Medical<br>578 48685<br>563 69414<br>578 48685 | | | | 801.49 |
| ACCOUNT NO. Unknown<br>Access Wireless<br>1813 Hwy 35<br>Ocean, NJ 07712 | | W | Utility | | | | 450.00 |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 1,670.41
(Total of this page)
Total ► $ 1,670.41
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF _____**

In re Robert and Cynthia Bodtmann,
_____
Debtor

Case No. _____

Chapter _____7_____

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 12819192030<br>AMA Collections<br>2269 Saw Mill<br>River Rd.<br>Elmsford, NY 10523 | | H | Medical | | | | 101.00 |
| ACCOUNT NO. Various<br>AMC<br>2269 Saw Mill river<br>Rd.<br>Elmsford, NY 10523 | | J | Medical<br>0015284009746<br>0015263667798<br>0015284009 7801<br>A241054,325 | | | | 750.00 |
| ACCOUNT NO. 1203694232<br>771<br>ACA Collections<br>2269 Saw Mill River Rd.<br>Elmsford, NY 10523 | | H | Medical | | | | 756.00 |
| ACCOUNT NO. 164689<br>Asbury Park<br>Press<br>PO Box 1550<br>Neptune, NJ 07754 | | W | Collections | | | | 1.000 |

_____ continuation sheets attached

Subtotal ▶  $ 1,178.00

Total ▶  $ 1,178.00

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF** _____

In re _Robert and Cynthia Bottmann,_
           Debtor

Case No. _____

Chapter _____ 7 _____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 454 393 20  At + T  Po Box 8229  Aurora, IL  60572 | | W | Utility | | | | 1481.44 |
| ACCOUNT NO. 0143 70473 1  Allied Interstate  Po Box 361476  Columbus, OH  43236 | | H | Collection Agency | | | | 548.39 |
| ACCOUNT NO. 37 146 89  Amsher Collection  2090 Columbia Rd  Brmingham, AL  35216 | | W | Utility /cellular | | | | 379.00 |
| ACCOUNT NO. 1041040251  Affiliated  19 Main St  Asbury Park, NJ 07712 | | W | Medical | | | | 79.00 |

_____ continuation sheets attached

Subtotal ▶ $ 2487.83

Total ▶ $ 2487.83

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF** _____

In re Robert and Cynthia Bodtmann,
_____
Debtor

Case No. _____

Chapter _____ 7 _____

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Not Known Berks PO Box 2171 Sinking Springs, PA 19608 | | W | Collection Agency | | | | 1165.00 |
| ACCOUNT NO. Various Borrebach + Tomlinson 20 S. Olive St Media, PA 19063 | | W | Collection Agency 167029 190713 | | | | 517.17 |
| ACCOUNT NO. Various Bon Venture 34 Ironia Rd. PO Box 812 Flanders, NJ 07836 | | J | Advertisment Agency 506183 506182 | | | | 820.00 |
| ACCOUNT NO. 34608 1929 Bay Area Credit 50 Airport Pkwy San Jose, CA 95110 | | W | Collection Agency | | | | 379.03 |

_____continuation sheets attached

Subtotal ➤ $ 2,881.20

Total ➤ $ 2,881.20

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**

_____ **DISTRICT OF** _____

In re Robert and Cynthia Bottmann,
_____
Debtor

Case No. _____

Chapter _____7_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Not Known<br>Bank First<br>2600 W. 49th st.<br>Sioux Falls, SD 57105 | | W | Consumer Credit | | | | 160.00 |
| ACCOUNT NO. Not Known<br>Baker & Bagwell<br>Po Box 522556<br>Longwood, FlA 32750 | | W | Collection Agency | | | | 450.00 |
| ACCOUNT NO. Not Known<br>Biscecelie &<br>Friedman<br>1 Newark Center<br>Newark, NJ 07102 | | J | Collection Agency<br>Law Firm | | | | Amount Unknown |
| ACCOUNT NO. 07866141208<br>Cablevision<br>Po Box 58<br>Belmar, NJ 07719 | | W | Utility | | | | 225.00 |

_____ continuation sheets attached

Subtotal ▶ $ 835.00

Total ▶ $ 835.00

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**

DISTRICT OF _____

In re _Robert and_
_Cynthia Bodtmann_ ,
Debtor

Case No. _____

Chapter _____ 7 _____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 24·050140799 CBCS 600 N·Ball Ave Carnegie, PA 15106 | | W | Collection Agency | | | | 225.00 |
| ACCOUNT NO. 2412 0512 Collech Tech Po Box 4157 Woodland Hills, CA 13465 | | H | Utility | | | | 479.72 |
| ACCOUNT NO. 685 612 0672 Commerce Bank 1701 Rt 70 East Cherry Hill, NJ 08034 | | | Bank | | | | 955.20 |
| ACCOUNT NO. 685 601 5925 Commerce Bank 1701 Rt 70 East Cherry Hill, NJ 08034 | | | Bank | | | | Not Known |

_____continuation sheets attached

Subtotal ▶ $ 1659.92

Total ▶ $ 1659.92

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF** _____

In re _Robert and Cynthia Bodtmann,_
        Debtor

Case No. _____

Chapter _____7_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Various<br>CCS<br>PO Box 729<br>Red Bank, NJ 07701 | | W | Collection For Medical<br>A259747<br>P97 2819<br>QFN 062 | | | | 822.23 |
| ACCOUNT NO. 1516 758 08<br>Certgy Payment Services<br>550 Greensboro Ave.<br>Tuscaloosa, Al 35401 | | W | Collection Agency | | | | 244.82 |
| ACCOUNT NO.<br>Coastal ENT<br>1520 Hwy 138<br>Wall, NJ 07719 | | H | Medical | | | | 278.00 |
| ACCOUNT NO. 1200 316 348<br>Complete Collections<br>Po Box 729<br>Red Bank, NJ 07701 | | H | Medical | | | | 1147.00 |

_____ continuation sheets attached

Subtotal ➤ $ 2492.05

Total ➤ $ 2492.05

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF _____

In re Robert and Cynthia Bodtmann,
                    Debtor

Case No. _____

Chapter _____ 7 _____

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0416 90247 <br> Capital Collections <br> Po Box 150 <br> W. Berlin, NJ 08091 | | J | Medical | | | | 488.62 |
| ACCOUNT NO. 0800 4862227 <br> Credit Collection Services <br> Two Wells Ave <br> Newton, MA 02459 | | J | Medical | | | | 857.00 |
| ACCOUNT NO. Various <br> CCS <br> Po Box 729 <br> Red Bank, NJ 07701 | | J | Medical <br> 1200 311 768 <br> 1500 342 449 <br> 1500 349 517 <br> 1500 352 438 | | | | 2284.17 |
| ACCOUNT NO. 241 20512 <br> Direct TV <br> Po Box 830032 <br> Baltimore, MD 21283 | | H | Utility | | | | 479.72 |

_____ continuation sheets attached

Subtotal ▶ $ 4109.51

Total ▶ $ 4109.51

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**

_____ **DISTRICT OF** : _____

In re Robert and
Cynthia Bodtmann,
   Debtor

Case No. _____

Chapter _____7_____

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Not Known <br> Direct TV <br> PO Box 830032 <br> Baltimore, MD 21283 | | W | Utility | | | | Not Known |
| ACCOUNT NO. 7334 2213 <br> Equifax <br> PO Box 30272 <br> Tampa, Fl 33630 | | W | Collection Agency | | | | 20.00 |
| ACCOUNT NO. Not Known <br> Ebony <br> PO Box 56480 <br> Boulder, CO 80322 | | W | Magazine | | | | 11.97 |
| ACCOUNT NO. 100055291643 <br> JCP+L <br> PO Box 3687 <br> Akron, Ohio 44309 | | W | Utility | | | | 190.00 |

_____continuation sheets attached

Subtotal ► $ 221.97

Total ► $ 221.97

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF** _____

In re Robert and Cynthia Codtmann,
　　　　　Debtor

Case No. _____

Chapter _____ 7

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Various  JCP&L  PO Box 3687  Akron, Ohio 44309 | | J | Utility  Various Account Numbers Not Known | | | | Not Known |
| ACCOUNT NO. Various  JSUMC  PO Box 397  Neptune, NJ 07754 | | J | Medical  1200 311 768  1300 387 422  1500 378 062 | | | | 6878.00 |
| ACCOUNT NO. Various  JSUMC  PO Box 397  Nept, NJ 07754 | | J | Medical  1300 394 247  1300 327 744 | | | | 607.00 |
| ACCOUNT NO. Various  JSUMC  PO Box 397  Neptune, NJ 07754 | | J | Medical  1300 330 138  1300 388 539  1500 349 577  1300 387 422  1500 352 438 | | | | 5589.00 |

_____continuation sheets attached

Subtotal ▶  $ 13,074.00

Total ▶  $ 13,074.00

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF _____

In re Robert and Cynthia Bodtmann
Debtor

Case No. _____

Chapter _____ 7 _____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Various<br>JSUMC<br>PO BOX 397<br>Neptune, NJ 07754 | | J | Medical<br>1500 347 647<br>1300 394 247<br>1300 394 249<br>1500 355 403<br>1300 387 756 | | | | 8727.43 |
| ACCOUNT NO. Various<br>JSUMC<br>PO BOX 397<br>Neptune, NJ 07754 | | J | Medical<br>1300 389812<br>1200 311 768<br>1300 394 249 | | | | 1618.10 |
| ACCOUNT NO. 025 835<br>Jersey Shore Eye Associates<br>2100 Corlies Ave<br>Neptune, NJ 07754 | | H | Medical | | | | 100.00 |
| ACCOUNT NO. Various<br>K·Mart Corp<br>Po Box 8130<br>Palatine, IL 60078 | | W | Collection Agency<br>01-679 3433-664<br>343 434 62<br>2781 6789 | | | | 566.51 |

_____ continuation sheets attached

Subtotal ▶ $ 11,012.04

Total ▶ $ 11,012.04

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** _____

In re Robert and Cynthia Bodtmann
  Debtor

Case No. _____

Chapter _____ 7

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Not Known <br> Layni Rothbort <br> 49 Ovai Rd. <br> Millburn, NJ 07041 | | J | Lawyer | | | | Not Known |
| ACCOUNT NO. Various <br> Meridian <br> Po Box 397 <br> Neptune, NJ 07754 | | J | 1500 342 449 <br> 1500 342 449 <br> 1300 357 186 <br> 1300 356 127 <br> 1300 357 186 <br> Medical | | | | 647.45 |
| ACCOUNT NO. Various <br> Meridian <br> Po Box 397 <br> Neptune, NJ 07754 | | J | medical <br> 1300 389 812 <br> 1200 394 247 <br> 1500 309 078 <br> 1500 308 908 <br> 1300 388 539 | | | | 1377.80 |
| ACCOUNT NO. Various <br> Meridian <br> Po Box 397 <br> Nept NJ 07754 | | J | medical <br> 1300 388 539 <br> 1200 281 232 <br> 1100 289 892 <br> 1300 267 485 <br> 1300 278 861 | | | | 552.00 |

_____ continuation sheets attached

Subtotal ▶  $ 2,577.25

Total ▶  $ 2577.25

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF : _____

In re Robert and Cynthia Bodtmann,
Debtor

Case No. _____

Chapter _____ 7

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Various<br>Meridian<br>Po Box 397<br>Neptune, NJ 07754 | | J | Medical<br>1300 266 1786<br>1300 311 768<br>1100 695 568<br>1300 388 554<br>1300 266 178<br>1300 389 812 | | | | 32,302.20 |
| ACCOUNT NO. 1300267 485<br>Medical Services<br>19 Main st<br>Asbury Park, NJ 07712 | | H | Medical | | | | 79.00 |
| ACCOUNT NO. 235,30092<br>Meridian Lab Physicians<br>Po Box 464<br>Rutherford, NJ 07070 | | H | medical | | | | 99.60 |
| ACCOUNT NO. 107/77<br>Monmouth Anesthia Associates<br>Po Box 464<br>Rutherford, NJ 07070 | | W | Medical | | | | 1100.00 |

_____ continuation sheets attached

Subtotal ► $ 34,580.60

Total ► $ 34,580.60

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF _____

In re Robert and Cynthia Bodtmann,
_____
        Debtor

Case No. _____

Chapter _____7_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4806 <br> Monoc <br> 4806 Megill Rd <br> Wall. NJ 07719 | | H | Medical | | | | 673.70 |
| ACCOUNT NO. 20166830 <br> Martin Fried <br> PO Box 23514 <br> Newark, NJ 07189 | | H | Medical | | | | 653.16 |
| ACCOUNT NO. <br> B6091665871056632 <br> NJ. Motor Vehicle Surcharge Office <br> PO Box 136 <br> Trenton, NJ 08625 | | H | Motor Vehicle Surcharge | | | | 31,098.30 |
| ACCOUNT NO. 123787 <br> NJ Collections <br> PO Box 250 <br> E. Brunswick, NJ 08816 | | J | Collection Agency | | | | 527.79 |

_____continuation sheets attached

Subtotal ▶  $ 32.952.95

Total ▶  $ 32.952.95

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF** _____

In re Robert and Cynthia Bodtmann,

Debtor

Case No. _____

Chapter _____ 7

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Various NJ Gas 1415 Wykoff Rd Wall NJ 07719 | | J | Utility 22000975 8125 22000 8372052 22000 8654 826 22000 8167489 22000 913 6004 22000 9357 312 22000 9129956 | | | | 4796.17 |
| ACCOUNT NO. 2200501647 NYc Dept of Finance Po Box 3639 NY, NY 10008 | | W | Collection Agency | | | | 145.00 |
| ACCOUNT NO. 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 NJ Dept of Labor Po Box 951 Trenton, NJ 08625 | | H | State Of New Jersey | | | | 7004.80 |
| ACCOUNT NO. Various NCo Financial 1804 Washington Blvd Baltimore, MD 21230 | | J | Collection Agency 1500 308 905 1300 289 8925 | | | | 283.00 |

_____ continuation sheets attached

Subtotal ▶ $ 12,201.97

Total ▶ $ 12,201.97

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF _____**

In re _Robert and_
_Cynthia Bodtmann_
Debtor

Case No. _____

Chapter _____7_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 86D508970027<br>NPC<br>90 Riverdale Rd.<br>Riverdale, NJ 07457 | | J | Collection Agency | | | | 94.76 |
| ACCOUNT NO. 1500<br>Orthopedic Associate<br>226 Rt 37 West<br>Toms River, NJ 08755 | | H | Medical | | | | 260.00 |
| ACCOUNT NO. 106 342<br>OSI<br>Po Box 3030<br>Edison, NJ 08818 | | W | Collection Agency | | | | 70.00 |
| ACCOUNT NO. 447139806<br>Park Dansan<br>Po Box 110<br>Trenton, NJ 06825 | | W | Collection Agency | | | | 45.00 |

_____continuation sheets attached

Subtotal ► $ 469.76

Total ► $

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** _____

In re Robert and Cynthia Boltmann,
        Debtor

Case No. _____

Chapter _____7_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 19182861 <br> Pediatric Pulmonary Care. <br> PO Box 23514 <br> Newark, NJ 07189 | | J | Medical | | | | 47.00 |
| ACCOUNT NO. Various <br> Pediatric Cardiology <br> PO Box 23514 <br> Newark, NJ 07189 | | J | Medical <br> 24674 <br> 19182861 | | | | 1050.00 |
| ACCOUNT NO. <br> Pediatric Assoc <br> 10 Neptune Blvd <br> Neptune, NJ 07753 | | J | Medical | | | | 1165.00 |
| ACCOUNT NO. 673294 <br> Pressler + Pressler <br> 16 Wing Dr <br> Cedar Knolls, NJ 07927 | | W | Collection Agency | | | | 1217.55 |

_____continuation sheets attached

Subtotal ▶  $ 3,479.55

Total ▶  $ 3,479.55

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF** _____

In re Robert and Cynthia Bodtmann,
_____Debtor

Case No. _____

Chapter _____ 7 _____

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Various<br>Quest Diagnostics<br>Po Box 64813<br>Baltimore, MD 21264 | | J | Medical<br>039788150<br>0015263667798 | | | | 40.00 |
| ACCOUNT NO. Various<br>Richard Della Croce<br>Po Box 1067<br>Orlando Pk, IL 60462 | | J | Medical<br>Collection Agency<br>0666554636 63<br>0664683 7661<br>0668803 0663 | | | | 580.29 |
| ACCOUNT NO. 1500<br>Spine Trauma<br>Institute<br>2164 Rt 35 Bldg A<br>Sea Girt, NJ 08750 | | J | Medical | | | | 260.00 |
| ACCOUNT NO. 1343909<br>Seaview Dental<br>Hwy 35<br>Neptune, NJ 07754 | | J | Medical | | | | 1102.44 |

_____continuation sheets attached

Subtotal ► $ 1,982. 73

Total ► $ 1,982. 73

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF** _____

In re Robert and Cynthia Bodtmann,
_____
Debtor

Case No. _____

Chapter _____ 7

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Various<br>SA Vit Collections<br>Po Box 250<br>East Brunswick,<br>NJ 08816 | | J | Medical<br>Collection Agency<br>24674<br>673294 | | | | 1979.51 |
| ACCOUNT NO. LAC 030 745<br>Stuart Allan &<br>Associates<br>6200 W. Courtney-<br>Campell Way. Tampa FIA | | W | Collection Agency | | | | 153.61 |
| ACCOUNT NO. C071572 013<br>Social Services<br>Po Box 3000<br>Freehold. NJ<br>07728-250 | | J | Over Payment | | | | 8845.15 |
| ACCOUNT NO. Various<br>Tidal Emergency<br>Services<br>Po Box 41433<br>Philadelphia, PA 19101 | | J | Medical<br>NTE 1300 3877563<br>NTE 1300 3277434<br>NTE 1300 356 1274<br>NTE 1300 387 4222<br>NTE 1300 3885392 | | | | 1950.00 |

_____ continuation sheets attached

Subtotal ➤ $ 12,928.27

Total ➤ $ 12,928.27

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF _____**

In re Robert and
Cynthia Bodtmann,
_____
Debtor

Case No. _____

Chapter _____ 7

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Various<br>Tidal Emergency Services<br>Po Box 41433<br>Philadelphia, PA 19101 | | J | Medical<br>NtE 13003193623<br>NtE 1300 3277 255<br>NtE 1700 3042474<br>NtE 1300 281 2322<br>NtE 1300 278 8613 | | | | 922.00 |
| ACCOUNT NO. Various<br>Tidal Emergency Services<br>Po Box 41433<br>Philadelphia, PA 19101 | | J | Medical<br>NtE 1300 2674854<br>NtE 1300 2679557 | | | | 608.00 |
| ACCOUNT NO. Various<br>Van Ru Credit<br>4415 S. Wendler Dr.<br>Tempe, AZ 85282<br>Bldg B Ste 200 | | J | Medical<br>4106 3700 3740 356<br>100000 1305990<br>1500000 517 542 | | | | 1116.22 |
| ACCOUNT NO.<br>Verizon<br>Po Box 4833<br>Trenton, NJ 08650 | | J | Utility | | | | 5.000 |

_____continuation sheets attached

Subtotal ▶ $ 7.692.22

Total ▶ $ 7.692.22

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF _____

In re Robert and
Cynthia Bodtmann,
_____
Debtor

Case No. _____

Chapter _____7_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>David Villari c/o<br>Layni Rothbort<br>49 Ovai Rd<br>Millburn, NJ 07041 | | J | Creditor | | | | Amount Unknown |
| ACCOUNT NO.<br>David Villari c/o<br>Biscesilea Friedman<br>1 Newark Center<br>Newark NJ 07102 | | J | Creditor | | | | Amount Unknown |
| ACCOUNT NO. 698033<br>Wegmans<br>Po Box 30844<br>Rochester, NY 14603 | | W | Collection for Debt | | | | 252.12 |
| ACCOUNT NO. 4de 3024<br>Xello<br>3650 S. Yosemite st.<br>Denver Co 80237 | | H | Collection Agency | | | | 32.10 |

_____continuation sheets attached

Subtotal ▶  $ 284. 22

Total ▶  $ 284. 22

(Report also on Summary of Schedules)

Form B6F (Official Form 6F)
(9/97)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** _____

In re Robert and
Cynthia Brdtmann ,
        Debtor

Case No. _____

Chapter _____7_____

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Not Known <br> Michael Tsontakis <br> 60 Wyandermere Dr. <br> Wood Cliff Lake, NJ 07677 | | J | Creditor | | | | Amount Not Known |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

_____ continuation sheets attached

Subtotal ➤ | $

Total ➤ | $

(Report also on Summary of Schedules)

Form B6G
(10/89)

**UNITED STATES BANKRUPTCY COURT**

_____ **DISTRICT OF** _____

In re Robert and Cynthia Bodtmann,
                    Debtor

Case No. _____

Chapter _____7_____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:**  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Michael Tsontakis<br>60 Wyandermere Dr.<br>Wood Cliff Lake. NJ<br>07677 | Residential Apartment Lease. |

B6H
(6/90)

# UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF _____

In re Robert and Cynthia Bodtmann,
          Debtor

Case No. _____

Chapter _____7_____

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I
(6/90)

**UNITED STATES BANKRUPTCY COURT**
_____ **DISTRICT OF** _____

In re Robert and Cynthia Bodtmann ,
                        Debtor

Case No. _____

Chapter _____7_____

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Married | NAMES Ryan Johannensen, Caitlyn Bodtmann, Christina Bodtmann, Joseph Bodtmann | AGE 16, 11, 9, 7 | RELATIONSHIP Son, Daughter, Daughter, Son |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Auto Mechanic | Home maker |
| Name of Employer | Absolute Trucking | |
| How long employed | 2 months | |
| Address of Employer | 126 South Main St. Farmingdale, NJ | |

| | DEBTOR | SPOUSE |
|---|---|---|
| **Income:** (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $2720.00 | $ |
| Estimated monthly overtime | $0 | $ |
| SUBTOTAL | $2720.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $184.61 | $ |
| b. Insurance | $0 | $ |
| c. Union dues | $0 | $ |
| d. Other (Specify: _____ ) | $0 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $184.61 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $2443.64 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $0 | $ |
| Income from real property | $0 | $ |
| Interest and dividends | $0 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $0 | $680.00 |
| Social security or other government assistance (Specify) _____ | $0 | $ |
| Pension or retirement income | $0 | $ |
| Other monthly income (Specify) _____ | $0 | $ |
| | $0 | $ |
| TOTAL MONTHLY INCOME | $2443.64 | $680.00 |

TOTAL COMBINED MONTHLY INCOME    $3123.64          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6J
(6/90)

# UNITED STATES BANKRUPTCY COURT
**DISTRICT OF** _____

In re _Robert and Cynthia Bodtmann._
Debtor

Case No. _____

Chapter _____ 7 _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

Rent or home mortgage payment (include lot rented for mobile home)    $ 2600.00

Are real estate taxes included?    Yes ✓    No _____

Is property insurance included?    Yes ✓    No _____

Utilities    Electricity and heating fuel    $ 500.00

     Water and sewer    $ 0

     Telephone    $ 100.00

     Other _Cable_    $ 125.00

Home maintenance (repairs and upkeep)    $ 0

     Food    $ 500.00

Clothing    $ 250.00

Laundry and dry cleaning    $ 250.00

Medical and dental expenses    $ 0

Transportation (not including car payments)    $ 100.00

Recreation, clubs and entertainment, newspapers, magazines, etc.    $ 25.00

Charitable contributions    $ 0

Insurance (not deducted from wages or included in home mortgage payments)

     Homeowner's or renter's    $ 0

     Life    $ 0

     Health    $ 0

     Auto    $ 139.19

     Other _____    $ 0

Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _____    $ 0

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)

     Auto    $ 0

     Other _____    $ 0

     Other _____    $ 280.00

Alimony, maintenance, and support paid to others    $ 0

Payments for support of additional dependents not living at your home    $ 0

Regular expenses from operation of business, profession, or farm (attach detailed statement)    $ 0

Other _____    $ 0

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $ 4869.19

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income    $ _____

B. Total projected monthly expenses    $ _____

C. Excess income (A minus B)    $ _____

D. Total amount to be paid into plan each _____    $ _____
(interval)

Form B1, Exh. C
(/01)

**UNITED STATES BANKRUPTCY COURT**
_____ **DISTRICT OF** _____


In re _____,

Debtor

Case No. _____

Chapter _____

Exhibit "C" to Voluntary Petition


1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary): NONE
..................................................................................................................................
..................................................................................................................................
..................................................................................................................................
..................................................................................................................................


2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):
..N.O.N.E..............................................................................................................
..................................................................................................................................
..................................................................................................................................
..................................................................................................................................

Form B6 - Cont.
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** _____

In re Robert and Cynthia Bodtmann,
                    Debtor

Case No. _____

Chapter ____7____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____32_____
(Total shown on summary page plus 1.)
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 04-06-05 _____          Signature: _Robert S Bodtmann_____
                                                                        Debtor

Date 04-06-05 _____          Signature: _Cynthia Bodtmann_____
                                                                  (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.                            (Total shown on summary page plus 1.)

Date _____          Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

-------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7
(9/00)

## FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

_____ **DISTRICT OF** _____

In re: **Robert and Cynthia Bodtmann**          Case No. _____
(Name)                                                      (if known)

                        Debtor

# STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which
the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish
information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional,
should provide the information requested on this statement concerning all such activities as well as the individual's personal
affairs.

        Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also
must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If
additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name,
case number (if known), and the number of the question.

### DEFINITIONS

        _"In business."_  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An
individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately
preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent
or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole
proprietor or self-employed.

        _"Insider."_  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and
their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of
5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders
of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

_____

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of
the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the
gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or
has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.
Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each
spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether
or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|        AMOUNT        |        SOURCE (if more than one)        |
|----------------------|----------------------------------------|
| 40,000 | Income From Employment 2003 |
| 18,798 | Income From Unemployment and Disability during Unemployment 2003-2004 |
| 20,000 | Income From Employment 2004-2005 |

2

**2.    Income other than from employment or operation of business**



None

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

18,798                          Unemployment and
                                  Disability during Unenemployment

---

**3.    Payments to creditors**



a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---



b.    List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4.    Suits and administrative proceedings, executions, garnishments and attachments**



a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

3

None ☐    b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| David Villari c/o Layni Rothbert 49 Oval Rd Millburn, NJ 07041 | 1-4-04 | Miscellaneous Household Goods, Sporting Goods, Tools, Seasonal items, children's belongings. 5000. to 15000.00 |

### 5. Repossessions, foreclosures and returns



List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 6. Assignments and receiverships



a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

---



b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

4

### 7.  Gifts



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| | | | |

### 8.  Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| | | |

Please Refer to Statement of financial affaies item 4 (B)

### 9.  Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Diver, Quinn d Keggleman | 4-5-05 | 150.00 |

### 10. Other transfers



List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| | | |

5

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Commerce Bank Hwy 66 Neptune, NJ 07754 | Personal acct. 685 612 0672 685 601 5925 | Closed in 2004 - 2005 |

### 12. Safe deposit boxes



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person



List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

6

**15. Prior address of debtor**

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises
which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is
filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1737 Belmar Blvd WAll NJ 07719 | Bodtmann Bodtmann | 2001 - 2003 - WAll 2003 - 2004 - spring lake |
| 416 Salem ave Spring lake, NJ | 210342 Appleby Dr. Ocean NJ/Belmar | 2004 - 2004 - ocean 2004 - current address |

**16. Spouses and Former Spouses**



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-
year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently
or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law



a.   List the name and address of every site for which the debtor has received notice in writing by a governmental
unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the
governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release
of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

AND ADDRESS        OF GOVERNMENTAL UNIT        NOTICE      LAW

 c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS            DOCKET NUMBER            STATUS OR
OF GOVERNMENTAL UNIT                                 DISPOSITION

---

**18 . Nature, location and name of business**

 a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

   If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

   If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

---

 b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

8

### 19. Books, records and financial statements



a.  List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                         DATES SERVICES RENDERED

---



b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                             ADDRESS                  DATES SERVICES RENDERED

---



c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                     ADDRESS

---



d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                         DATE ISSUED

---

### 20. Inventories



a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                         DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY        INVENTORY SUPERVISOR            (Specify cost, market or other basis)

---



b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                         NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY                        OF INVENTORY RECORDS

9

**21 . Current Partners, Officers, Directors and Shareholders**



a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS             NATURE OF INTEREST     PERCENTAGE OF INTEREST



b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                             NATURE AND PERCENTAGE
NAME AND ADDRESS             TITLE                 OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**



a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                         ADDRESS               DATE OF WITHDRAWAL



b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS             TITLE                 DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                    AMOUNT OF MONEY
OF RECIPIENT,                DATE AND PURPOSE      OR DESCRIPTION
RELATIONSHIP TO DEBTOR       OF WITHDRAWAL         AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**



If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER

---

**25. Pension Funds.**



If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER IDENTIFICATION NUMBER

---

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **4-6-05**

Signature *Robert J Bertram*
of Debtor

Date **4-6-05**

Signature *Cynthia Bodtmann*
of Joint Debtor
(if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____

Signature _____

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

-------------------------------------------------------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No. _____

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____    _____

Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

114-1

Form B8 (Official Form 8)
(9/97)

**UNITED STATES BANKRUPTCY COURT**
_____ **DISTRICT OF** _____

In re Robert and Cynthia Bottmann .
         Debtor

Case No. _____

Chapter _____ 7 _____

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

    a. _Property to Be Surrendered._

**Description of Property**

N/A

**Creditor's name**

    b. _Property to Be Retained_                   _[Check any applicable statement.]_

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| N/A | | | | |

Date: _____

_____
Signature of Debtor

-------------------------------------------------------------------------------------------------

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____      _____
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.

_____

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____      _____
  Signature of Bankruptcy Petition Preparer                 Date

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

Attention
Po Box 2408
Sherman TX 75091

Aspire
Po Box 105341
Atlanta GA 30348

Alliance One
1684 Woodlands Dr.
Maumee OH 43537

Access Wireless
1813 Hwy 35
Ocean NJ 07712

AMA Collections
2269 Saw Mill River Rd
Elmsford NY 10523

AMC Collections
2269 Saw Mill River Rd
Elmsford NY 10523

ACA Collections
2269 Saw mill River Rd
Elmsford NY 10523

Asbury Park Press
Po Box 1550
Neptune NJ 07754

AT&T
Po Box 8229
Aurora IL 60572

Allied Interstate
Po Box 361476
Columbus OH 43236

Amsher Collections
2090 Columbia Rd
Birmingham AL 35216

Affiliated
19 main St
Asbury Park NJ 07712

Berks
Po Box 2171
Sinking Springs PA 19608

Borrebach& Tomlinson
20 S. Olive St.
Media PA 19063

Bon Venture
34 Ironia Rd
Flanders NJ 07836

Bay Area Credit
50 Airport Pkwy
San Jose CA 95110

Bank First
2600 W. 49th St
Sioux Falls SD 57105

Baker & Bagwell
Po Box 522556
Longwood FLA 32750

Biscegele & Friedman
One Newark Center
Newark NJ 07102

Cablevision
Po Box 58
Belmar NJ 07719

CBCS
600 N. Ball Ave
Carnegie PA 15106

Collechtech
Po Box 4157
Woodland Hills CA 91365

Commerce Bank
1701 Rt.70 West
Cherry Hill NJ 08034

Commerce Bank
1701 Rt. 70 West
Cherry Hill NJ 08034

CCS
Po Box 729
Red Bank NJ 07701

Certgy Payment
550 Greensboro Ave
Tuscaloosa AL 35401

Coastal ENT
1520 Hwy 138
Wall NJ 07719

Complete Collections
Po Box 729
Red Bank NJ 07701

Capital Collections
Po Box 150
W.Berlin NJ 08091

Credit Collection Services
Two Wells Ave
Newton MA 02459

CCS
Po Box 729
Red Bank NJ07701

Direct TV
Po Box 830032
Baltimore MD 21283

Direct TV
Po Box 830032
Baltimore MD 21283

Equifax
Po Box 30272
Tampa FLA 33630

Ebony
Po Box 56480
Boulder CO 80322

JCP&L
Po Box 3687
Akron OH 44309

JCP&L
Po Box 3687
Akron OH 44309

JSUMC
Po Box 397
Neptune NJ 07753

JSUMC
Po Box 397
Neptune NJ07754

JSUMC
Po Box 397
Neptune NJ07754

JSUMC
Po Box 397
Neptune NJ 07754

JSUMC
Po Box 397
Neptune NJ 07754

JSUMC
Po Box 397
Neptune NJ07754

Jersey Shore Eye Assoc
2100 Collies Ave
Neptune NJ07753

K-Mart Corp
Po Box 8130
Palatine IL 60078

Layni Rothbort
49 Oval Rd
Millburn NJ 07041

Meridian
Po Box 397
Neptune NJ 07753

Meridian
Po Box 397
Neptune NJ07753

Meridian
Po Box 397
Neptune NJ 07753

Meridian
Po Box 397
Neptune NJ07753

Medical services
19 Main St
Asbury Park NJ 07712

Meridian Lab Services
Po Box 464
Rutherford NJ 07070

Monmouth Associates
Po Box 464
Rutherford NJ 07070

Monoc
4806 Megill Rd
Wall NJ 07719

Martin Fried
Po Box 23514
Newark NJ 07189

NJ Motor vehicle Commission
Surcharge Office
Po Box 136
Trenton NJ 08625

NJ Collections
Po Box 250
E.Brunswick NJ 08816

NJ Gas
1415 Wyckoff Rd
Wall NJ 07719

NYC Dept of Finance
Po Box 3639
NY NY 10008

NJ Dept of Labor
Po Box 951
Trenton NJ 08625

NCO Financial
1804 Washington Blvd
Baltimore MD 21230

NPC
90 Riverdale Rd
Riverdale NJ 07457

Orthopedic Associates
226 Rt. 70 West
Toms River NJ 08755

OSI
Po Box 3030
Edison NJ 06825

Park Dansan
Po Box 110
Trenton NJ 06825

Pediatric Pulmonary Care
Po Box 23514
Newark NJ 07189

Pediatric Cardiology
Po Box 23514
Newark NJ 07189

Pediatric Associates
10 Neptune Blvd
Neptune NJ 07754

Pressler&Pressler
16 wing Dr
Cedar Knolls NJ 07927

Quest Diagnostics
Po Box 64813
Baltimore MD 21264

Richard Della Croce
Po Box 1067
Orlando FLA 60462

Spine Trauma Institute
2164 RT 35 Bldg A
Sea Girt NJ 08750

Seaview Dental
Hwy 35& RT 66
Neptune NJ 07754

SA-Vit
Po Box 250
E. Brunswick NJ 08816

Stuart Allan & Associates
6200 W. Courtney-Campbell Way
Tampa FLA

Social Services of Monmouth County
Po Box 3000
Freehold NJ 07728

Tidal Emergency services
Po Box 41433
Philadelphia PA 19101

Tidal Emergency Services
Po Box 41433
Philadelphia PA 19101

Van Ru Credit
4415 S.Wendler Dr Bldg B
Tempe AZ 85282

Verizon
Po Box 4833
Trenton NJ 08650

David Villari
        c/o
Layni Rothbort
49 Oval Rd
Millburn NJ 07041

David Villari
        c/o
Biscegile&Friedman
One Newark Center
Newark NJ 07012

Wegmans
Po Box 30844
Rochester NY 14603

Xelco
3650 S.Yosemite St.
Denver CO 80237

Michael Tsontakis
60 Wyandermere dr
Wood Cliff Lake NJ 07677