<u>D.N.J. LOCAL FORM 5</u>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO: JAMES J. WALDRON, CLERK

CASE NO: 05-20980 (KCF)
IN RE: BODTMANN, ROBERT J
BODTMANN, CYNTHIA M

CHAPTER 7

# INFORMATION FOR NOTICE OF ABANDONMENT

Thomas J. Orr, Trustee, has filed a notice of intention to abandon certain property described below as being of inconsequential value to the estate. If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such application shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the trustee no later than (date to be fixed by the Court).

In the event an objection is timely filed a hearing thereon will be held on (time and location to be fixed by the Court).

If no objection is filed with the Clerk and served upon the trustee on or before (date to be fixed by the Court) the abandonment will take effect on (date to be fixed by Court).

The description of the property and the liens and exemptions claimed are as follows:

| DESCRIPTION OF THE PROPERTY TO BE ABANDONED | LIENS ON THE PROPERTY OF DEBTOR (Include amount claimed due) | AMOUNT OF EQUITY CLAIMED AS EXEMPT BY THE DEBTOR |
|---|---|---|
| Debtors' interest in possible Landlord Tenant dispute | None | None but the debtors |
| Valued approximately at $7,000 to $10,000. The | | Could exempt about |
| Debtors have consulted several attorneys about this | | $20,000 of any |
| Matter and have not found one willing to take the | | Recovery. |
| Case. Administering this claim would not produce | | |
| Funds for the unsecured creditors. | | |

Requests for additional information about the property to be abandoned should be directed to:
Thomas J. Orr
321 High Street
Burlington, NJ  08016-4411
(609) 386-8700

SUBMITTED BY: s/Thomas J. Orr_____    POSITION: Trustee    PHONE 609-386-8700
         Thomas J. Orr
DATED: May 19, 2005