Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:    Robert J Bodtmann and Cynthia M Bodtmann
SSN:    xxx–xx–4738    xxx–xx–4663
EIN:
ADDRESS: PO Box 162
Avon, NJ 07717

Case No:    05–20980–KCF
Chapter:    7
Judge:    Kathryn C. Ferguson

Debtor(s)

## NOTICE OF PROPOSED ABANDONMENT

Thomas Orr, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.

If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than June 8, 2005.

In the event an objection is timely filed, a hearing will be held before the Honorable Kathryn C. Ferguson on

DATE:    June 27, 2005
TIME:    11:00 am
COURTROOM:    2

If no objection is filed with the Clerk and served upon the Trustee on or before June 8, 2005, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
Debtors? interest in possible Landlord Tenant dispute valued approximately at
$7,000 to $10,000. The Debtors have consulted several attorneys about this
matter and have not found one willing to take the Case. Administering this
claim would not produce funds for the unsecured creditors.

The liens on the property to be abandoned are as follows
(including amount claimed due):
None

The amount of equity claimed as exempt by the debtor is:
None but the debtors could exempt about $20,000 of any recovery.

Request for additional information about the property to be abandoned should be directed to the Trustee at:
Thomas Orr
Law Office of Thomas J. Orr
321 High Street

Burlington, NJ 08016–4496
(609) 386–8700

    or the trustee's attorney (if applicable) at:

Dated: May 20, 2005
JJW:

                                                     James J. Waldron
                                                   Clerk