UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

Order Filed on
5/31/2005
by Clerk U.S. Bankruptcy
Court District of New Jersey

### ORDER VACATING AUTOMATIC STAY WITH PROSPECTIVE RELIEF

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: 5/31/2005**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

LAW OFFICES OF CONSTANTINE BARDIS, LLC
1800 MAIN STREET
LAKE COMO, NJ 07719
TEL: 732-280-2500
FAX: 732-280-1991
Attorney for Secured Creditor
Michael S. Tsontakis

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

| | |
|---|---|
| In Re: | CHAPTER 7 CASE NO:05-20980-KCF |
| | As to debtor Robert and Cynthia Bodtmann: |
| Robert J. Bodtmann | |
| | JUDGE: Hon. Kathryn C. Ferguson |
| S.S.  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 | |
| Debtor, | **ORDER ON MOTION FOR RELIEF** |
| | **FROM AUTOMATIC STAY AND** |
| Cynthia M. Bodtmann, wife | **PROSPECTIVE RELIEF** |
| S.S. 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 | |
| Co-Debtor, | |

THE MATTER HAVING BEEN OPENED to the Court by the Constantine Bardis, Esq., by way of a Motion for an Order, for Relief From Automatic Stay, pursuant to the Federal Rules of Bankruptcy Procedure, for good cause against debtors in possession currently in possession of the premises known as 204 11th Avenue #2, Belmar, NJ 07719, and for good cause shown,

IT IS on this  31st day of  May, 2005

ORDERED that, pursuant to Rule 362(d), the motion for cause to permit this Court to grant relief from the stay, is hereby __granted__, permitting creditor Michael S. Tsontakis

*Approved by Judge Kathryn C. Ferguson  May 31, 2005*

to pursue this matter in the Superior Court of New Jersey on the next motion date; and it is further

ORDERED that the creditor shall not precluded from filing any tenancy complaint in the Superior Court of New Jersey, Monmouth County Tenancy Court by virtue of any automatic stays resulting from future filings of the debtors that copy of this Order be sent to the debtor, counsel for the debtor, and the trustee within _5_ days of the receipt of this Order by creditor Michael S. Tsontakis.

BY THE COURT

_____

( ) Motion was opposed
( ) Motion was unopposed

*Approved by Judge Kathryn C. Ferguson  May  31, 2005*