| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>PETER C. HARVEY<br>ATTORNEY GENERAL OF NEW JERSEY<br>James M. Bennett, Deputy Attorney General<br>PO BOX 119<br>TRENTON NJ 08625-0119<br>(609) 984-2901 | Order Filed on<br>10/25/2005<br>by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br>Robert J. Bodtmann and Cynthia M. Bodtmann | Case No.: 05-20980-KCF<br><br>Hearing Date:    N/A |
| State of New Jersey Division of Unemployment and Disability Insurance<br>                    Plaintiff<br>v.<br><br>Robert J. Bodtmann<br>                    Defendant | Adv. No.: 05-2039-KCF<br><br>Judge:    Kathryn C. Ferguson |

### ORDER REGARDING REFUND OF MONEYS

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_2_____  is hereby **ORDERED**.

**DATED: 10/25/2005**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THE MATTER having been brought to the Court on motion of the debtors, ROBERT J. BODTMANN and CYNTHIA M. BODTMANN by letter dated August 23rd 2005, and

THE COURT, by letter dated September 8, 2005, having considered the letter and its attachments as a Motion to Enforce Discharge Injunction or the Automatic Stay, and

THE PLAINTIFF, New Jersey Department of Labor and Workforce Development, Division of Unemployment and Disability Insurance having filed an adversary proceeding under docket number 05-2039 to determine the dischargeability of the debtor's debt to the plaintiff, and

THE within motion of the debtors having been based on withholdings of benefits to reduce the debt in controversy, and

THE PLAINTIFF contending that bona fide legal arguments exist to support such actions but has decided to proceed only with the complaint to determine non-dischargeability, it is hereby

ORDERED that the plaintiff return monies previously withheld to the defendants within twenty days of the date of the entry of this order, and it is further

ORDERED that the plaintiff shall discontinue further withholding of benefits until if and when it should be determined that the within debt is not dischargeable, and the automatic stay is lifted.

*Approved by Judge Kathryn C. Ferguson  October 25, 2005*

CONSENT CERTIFICATE

The parties hereby consent to the form and entry of the foregoing order.

Dated: October 18, 2005                           Dated: 10-22-_____, 2005

PETER C. HARVEY
ATTORNEY GENERAL OF NEW JERSEY
Attorney for New Jersey
Department of Labor and
Workforce Development, Division                   _____
of Unemployment and Disability                    ROBERT J. BODTMANN
Insurance                                         Debtor, Pro Se


By _____                _____
   JAMES M. BENNETT                               CYNTHIA M. BODTMANN
   Deputy Attorney General                        Debtor, Pro Se


STATE OF NEW JERSEY
COUNTY OF ____Ocean____                           SS

On this __22ND__ Day of October, 2005, Robert J. Bodtmann and Cynthia M. Bodtmann, who either are personally known to me or who identified themselves to my satisfaction, came before me and declared, under oath, that the foregoing signatures are their signatures and that they signed this document as their act and deed for the purposes stated in it. The said Robert J. Bodtmann and Cynthia Bodtmann declared further that they have had the opportunity to have this document reviewed by counsel of their choice and that, either they have had this document reviewed by such counsel, or that they waive such review.

_____
NOTARY PUBLIC

GERALDINE R. WEBER
NOTARY PUBLIC OF NEW JERSEY                       -3-
My Commission Expires August 22, 2007